IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:03cv286 |
| v. | ) | |
| $41,051.00 IN UNITED STATES CURRENCY, | ) | ORDER |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 29 be stricken from the record for the following reason:

- Incorrect/Incomplete PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 29 from the record. The party is directed to re-file the document.

DATED this 20th day of April, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge